UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY PROCEEDINGS

Misc. Action Nos. 98-095, 98-096, 98-097 (NHJ)

UNDER SEAL

FILED
MAR 3 1 1998
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The Court has before it the motion of the United States for access to sealed papers and portions of grand jury transcripts as well as the motion of the Office of the President for authorization of disclosure to the Department of Justice of any filings and related hearing transcripts concerning the Office of Independent Counsel's motions to compel testimony in Miscellaneous Action Numbers 98-095, 98-096, and 98-097. Taken together, the motions seek access for the Department of Justice to pleadings, grand jury transcripts, and hearing transcripts involving the President's invocation of executive privilege and governmental attorney-client privilege.

The Office of Independent Counsel and the Office of the President do not object to the motion of the Office of the President seeking filings and transcripts of hearings involving this matter. The Office of Independent Counsel does object to the release of any grand jury transcripts and also expresses concern that the granting of this motion may cause some delay in the disposition of pending issues. The Court notes that, even if the OIC had not objected, it would not choose to release grand jury transcripts. Indeed, Neil Eggleston has quite ably briefed and argued the issues on behalf of the White House without them.

Upon consideration of these motions, it is this _30th_ day of March, 1998,



13

ORDERED that the motion of the Office of the President for authorization of disclosure to the Department of Justice be, and hereby is, granted; it is further

ORDERED that the motion of the United States for access to sealed papers and for access to portions of grand jury transcripts be, and hereby is, granted in part and denied in part; it is further

ORDERED that grand jury transcripts shall not be released to the Department of Justice; it is further

ORDERED that the Clerk's Office immediately photocopy the Office of Independent Counsel's motions to compel testimony and replies in support thereof filed in Miscellaneous Action Numbers 98-095, 98-096, and 98-097; it is further

ORDERED that the Clerk's Office immediately photocopy the Office of the President's consolidated opposition to the Office of Independent Counsel's motions to compel testimony filed in Miscellaneous Action No. 98-095; it is further

ORDERED that Neil H. Koslowe of the Department of Justice shall contact the Court's Courtroom Deputy, Dereck Miller, as soon as possible to arrange for picking up the photocopies; it is further

ORDERED that the Department of Justice may order the transcripts of the March 20, 1998, and the March 24, 1998, motions hearings in Miscellaneous Action Numbers 98-095, 98-096, and 98-097, from the Court's Court Reporter, Gordon Slodysko; it is further

ORDERED that the Department of Justice's access to these materials shall be limited to the Attorney General, the Deputy Attorney General, the Associate Attorney General, and the following attorneys: Gary Grindler, David Anderson, Neil Koslowe, and Douglas Letter of the

Civil Division and Paul Colborn of the Office of Legal Counsel; and it is further

ORDERED that, should the Attorney General decide to file a brief as amicus curiae with this Court on the issues of executive privilege and governmental attorney-client privilege, such brief must be filed no later than Wednesday, April 8, 1998, at 4:00 p.m.

*Norma Holloway Johnson*
NORMA HOLLOWAY JOHNSON
CHIEF JUDGE